IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA      : | |
| v.                            : | CRIMINAL NO.  22-CR-049 |
| MATTHEW PARDI                 : | |
|    a/k/a "Kevin Parrish," | |
|    a/k/a "Dave Richards" | |

<u>ORDER FOR BENCH WARRANT</u>

AND NOW, this 18th day of February, 2022, on motion of Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

*Carol Sandra Moore Wells*
Carol Sandra Moore Wells
2022.02.18 16:58:07
-05'00'

_____
HONORABLE CAROL SANDRA MOORE WELLS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 22-CR-049 |
| MATTHEW PARDI<br>   a/k/a "Kevin Parrish,"<br>   a/k/a "Dave Richards" | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 18th day of February, 2022, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and Nancy Rue, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney


/s/ Nancy Rue_____
Nancy Rue
Assistant United States Attorney