IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
: CRIMINAL ACTION
v. :
: No. 22-49.1

Matthew Pardi
1333 Port Royale Drive S., Apt. 721
Fort Lauderdale, FL 33308

## NOTICE OF HEARING

Take notice that a Change of Plea Hearing is scheduled for December 9, 2024 at 11:00 a.m. before the **Honorable Paul S. Diamond** in **Courtroom 14A,** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

***TAKE FURTHER NOTICE** that Defendant is required to answer questions during the hearing relating to drug usage, medical care and treatment, names of physicians, as well as names and dosages of any medications and why prescribed. **PLEASE BE PREPARED**.*

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:   Lenora Kashner Wittje
      Courtroom Deputy to the Honorable Paul S. Diamond
      Phone: 267-299-7739

Date:   October 3, 2024
cc via U.S. Mail:
cc via email:   Ronald Gainor, Defense Counsel
                Amber Eve Donner, Defense Counsel
                Jerome M. Maiatico, Assistant U.S. Attorney
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator